# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : **CRIMINAL COMPLAINT** |
| v. | : Honorable Leda D. Wettre |
| ROCO CASTELLANO | : Mag. No. 19-8274 |

I, Joseph Sente, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

_____
Joseph Sente, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and subscribed in my presence,
August 30, 2019, Essex County, New Jersey

Honorable Leda D. Wettre                 _____
United States Magistrate Judge              Signature of Judicial Officer

## **ATTACHMENT A**

### **COUNT ONE**
(Possession of a Firearm by a Convicted Felon)

On or about August 26, 2019, in the District of New Jersey and elsewhere, the defendant,

### **ROCO CASTELLANO,**

knowing that he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, namely a .45 caliber Rock Island Armory 1911 A1 handgun, bearing serial number RIA10888379, loaded with 12 rounds of .45 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## ATTACHMENT B

I, Joseph Sente, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and photographs of the evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about August 26, 2019, law enforcement went to the residence of Rocco Castellano ("CASTELLANO") located in Clifton, New Jersey (the "Residence"), to execute a search warrant at the Residence.

2. Prior to executing the search warrant, at approximately 6:20 p.m., law enforcement observed CASTELLANO, accompanied by a female, exit the Residence and enter a nearby vehicle. Once CASTELLANO and the female were inside the vehicle, law enforcement approached and informed CASTELLANO of the search warrant. In response, CASTELLANO informed law enforcement that there was a firearm in the kitchen drawer and that his female companion was not involved.

3. Law enforcement then entered the Residence and executed the search warrant. Among other items, officers recovered the following from the drawer in the kitchen island:

   a. one .45 caliber Rock Island Armory 1911 A1 handgun, bearing serial number RIA10888379, loaded with 12 rounds of .45 caliber ammunition;

   b. one large plastic bag containing suspected marijuana; and

   c. approximately $6,268 in U.S. currency.

4. Among other items, officers recovered the following additional contraband from the Residence:

   a. three large mason jars containing suspected marijuana;

   b. two plastic bags containing suspected marijuana;

   c. 173 packages of Medication Cannabis Oil "Acapulco Gold Sativa" syringes;

      d. 137 packages of Medication Cannabis Oil "Lavender Indica" syringes;

      e. 75 packages of Medication Cannabis Oil "Animal Cookies" syringes; and

      f. numerous other THC-infused food items.

      5.    On or about August 25, 2016, CASTELLANO was convicted in the Superior Court of New Jersey, Essex County, of obstruction of justice, in violation of N.J.S.A. 2C:29-1, a crime punishable by imprisonment for a term exceeding one year, and for which CASTELLANO received a sentence of 18 months' imprisonment.